```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BLUEFIELD
```

LOVELL GRIFFIN,

    Plaintiff,

v.                                  CIVIL ACTION NO. 1:06-0327

JIM RUBENSTEIN,
Commissioner, et al.,

    Defendants.

### MEMORANDUM OPINION AND ORDER

    By Standing Order, this action was referred to United States Magistrate Judge R. Clarke VanDervort for submission of findings and recommendations regarding disposition pursuant to 28 U.S.C.A. § 636(b)(1)(B).  Magistrate Judge VanDervort submitted to the court his Findings and Recommendation on March 26, 2009, in which he recommended 1) that the district court dismiss plaintiff's complaint as to defendants Bluefield Regional Medical Center, Dr. Steven O'Saile, Joseph Hall, and the Chief Parole Officer of Beckley and Princeton, West Virginia; and 2) refer this matter back to him for further proceedings regarding plaintiff's Eighth Amendment claim against defendants Rubenstein, Hamricks, and Haines.

    In accordance with the provisions of 28 U.S.C.A. § 636(b), the parties were allotted ten days, plus three mailing days, in which to file any objections to Magistrate Judge VanDervort's Findings and Recommendation.  The failure of any party to file

such objections constitutes a waiver of such party's right to a <u>de novo</u> review by this court. <u>Snyder v. Ridenour</u>, 889 F.2d 1363 (4th Cir. 1989). Neither party filed objections within the requisite time.

Having reviewed the Findings and Recommendation filed by Magistrate Judge VanDervort, the court adopts the findings and recommendations contained therein. Accordingly, the court hereby 1) **DISMISSES** defendants Bluefield Regional Medical Center, Dr. Steven O'Saile, Joseph Hall, and the Chief Parole Officer of Beckley and Princeton, West Virginia; and 2) **REFERS** this matter back to Magistrate Judge VanDervort for further proceedings.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to plaintiff, pro se, and counsel of record.

**IT IS SO ORDERED** this 8th day of June, 2009.

ENTER:

David A. Faber
Senior United States District Judge